## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ANITA M. YOUNG,
    Plaintiff,

vs.                                  CASE NO. 8:08-CIV-1752-T-17-TGW

UNIVERSITY VILLAGE RETIREMENT
CENTER,
    Defendant.
_____/

### ORDER

This cause is before the Court *sua sponte*. The Court has reviewed the complaint and finds it completely inadequate. A complaint must contain a short, plain statement of the facts alleged and must set forth all causes of action which the plaintiff seeks to pursue. The complaint contains neither. Accordingly, it is

**ORDERED** that the plaintiff's complaint (Docket No. 1) be **dismissed** without prejudice to file an amended complaint which corrects the deficiencies noted, on or before September 22, 2008. Failure to file a timely amended complaint will result in dismissal of the entire case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of September, 2008.

                                    ELIZABETH A. KOVACHEVICH
                                    UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record